In the Matter of FOX MEADOW ESTATES, INC., Appellant, against EARL C. CULLEY, as Building Inspector of the Village of Scarsdale, Respondent.

(Argued December 5, 1932; decided January 10, 1933.)

*Frank H. Hiscock* and *Henry K. Heyman* for appellant.

*Nathan L. Miller, Edward M. Bassett, Humphrey J. Lynch, John H. Jackson* and *William Cravath White* for respondent.

Order affirmed, with costs; no opinion.

Concur: Pound, Ch. J., Crane, Lehman, Kellogg, O'Brien, Hubbs and Crouch, JJ.